

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Raymattie Jagarnauth,

Plaintiff

**CV 22-7020**

-against-

COMPLAINT   **DeARCY HALL, J.**

JURY TRAIL DEMANDED

OASIS LEGAL FINANCE LLC,

Defendants-Respondents   **BLOOM, M.J.**

X

Plaintiff: Raymattie Jagarnauth: 138-19 109th Avenue

Jamaica, New York a republic 11435.

Defendant: OASIS LEGAL FINANCE LLC, LOCKBOX NUMBER 77383, 350 EAST DEVON AVE ITASCA, IL 60143.

The Jurisdiction of the Court is invoked pursuant to:

1. This Court has subject-matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337(a), Commerce and antitrust regulations; amount in controversy, costs and 1345. This is in direct reference to the March 9, 1933 act and presidential Proclamation 2039, where a NATIONAL ECONOMIC BANKING EMERGENCY was declared, facilitating the serious emergency that Congress has stated is still extant.

28 U.S. Code § 1332 - Diversity of citizenship; amount in controversy; costs: controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between—

**(1)** citizens of different States;

**(2)** citizens of a State and citizens or subjects of a foreign state, except that the district courts shall not have original jurisdiction under this subsection of an action between citizens of a State and citizens or subjects of a foreign state who are lawfully admitted for permanent residence in the United States and are domiciled in the same State;

1

**(3)** citizens of different States and in which citizens or subjects of a foreign state are additional parties; and **(4)** a foreign state, defined in section 1603(a) of this title, as plaintiff and citizens of a State or of different States.

Diversity of citizenship exists when opposing parties in a lawsuit are citizens of different states or a citizen of a foreign country. If the party is a corporation, it is a citizen of the state where it is incorporated or is doing business. If diversity of citizenship exists, it places the case under federal court jurisdiction pursuant to Article III, section 2 of the U.S. Constitution.

A civil action in which jurisdiction is founded only on diversity of citizenship may, except as otherwise provided by law, be brought only in: a judicial district where any defendant resides, if all defendants reside in the same State, a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or a judicial district in which any defendant is subject to personal jurisdiction at the time the action is commenced, if there is no district in which the action may otherwise be brought.

1. This action arises under:

    a. The Constitution of the United States, and specifically the First Amendment (right to petition government, freedom of religion); Fifth Amendment (right to due process and equal protection of the law); Article IV, § 1 (privileges and immunity clause); and under:

    b. Title 28 United States Code  § 1331, which provides that anyone stating facts raising a federal cause of action has the right to file in the district courts a civil action stating claims arising under the Constitution, laws, or treaties of the United States.

    c. Title 28 United States Code § 1343, which provides a federal court forum in which citizens may seek redress from

2

the deprivation of rights, privileges and immunities under color of state law.

d. Civil Rights Act, Title 42 United States Code §§ 1983-1986, that provides a federal remedy to anyone suffering from violations of his civil rights perpetrated under color of state law including: Conspiracy to interfere with civil rights; Deprivation Of Rights.

e. Title 42 U.S.C. § 1985 Conspiracy to interfere with civil rights, based upon the conspiracy by the defendants that repeatedly violated plaintiff's civil rights.

f. Title 42 United States Code § 1986, which provides for damages from those defendants who had knowledge of the violations of plaintiff's civil rights, who had the duty and the ability to prevent or aid in the prevention of them, and who failed to perform that duty.

g. Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). The Bivens claim is based upon the violations of plaintiff's civil rights under color of federal law, which occurred continuously and inter-related from 1983 to the present date.

2. i. Declaratory Judgment Act, Title 28 United States Code §§ 2201 and 2202, which provides for district courts to declare rights and legal relations that are in controversy, and provide whatever remedies are appropriate. (Also FRCivP 57)

j. Title 18 United States Code § 4. This federal crime reporting statute requires any person who knows of a federal

3

crime to promptly "report it to a federal judge" or other officer.

m. malicious abuse of process.

o. negligence

r. intentional infliction of emotional distress

s. The matters in controversy exceed ten million dollars.

## VENUE

Venue is based upon the following:

a. This court has jurisdiction over this action pursuant to 28 U.S.C § 1331 as it involves  claims under TITLE 42 UNITED STATES CODE, CHAPTER 21 - CIVIL RIGHTS

b.Venue is proper in this judicial district pursuant to 28 U.S.C § 1391 (1)(2)(3) as the Plaintiff's reside in this district, and the violations of law complained of herein occurred in this district.

c. A number of the wrongful acts and federal causes of action occurred while plaintiff was a resident of the Southern District of New York.

d. A number of the wrongful acts and federal causes of action occurred while plaintiff was a resident of the District of New York.

e. Plaintiff' resides in New York and consider New York their domicile.

f. All defendants participated in wrongful conduct that affected District of New York interests, including property

4

and plaintiffs residences and domicile.

g. Venue exists in any location for reporting criminal activities to a federal judge, as required by federal crime reporting statute, Title 18 U.S.C. § 4.

h. Venue lies in this district pursuant to 28 U.S.C. §§ 1391(a), (b), (e); 1392(b); 1402(b).

## STATEMENT OF CLAIM

1. I, Raymattie Jagarnauth, Petitioner, heir to the Pugh's estate, before this court seeking a remedy in Admiralty as is provided by "The Saving to the Suitors Clause" at USC 28 -1333(1). I am standing in my unlimited commercial liability as a Secured Party Creditor and request that the Defendant(s) do the same and waive all of their immunities. I respectfully request the indulgence of this court, as I am not schooled in law. This is provided by the precedent set by Haines vs. Kerner at 404 U.S. 519.

2. I, Raymattie Jagarnauth, being duly sworn, deposes and says (or: make's the following affirmation under the penalties of perjury):

3. I, Raymattie Jagarnauth, am the Plaintiff in the above-entitled action, and respectfully move this Court to issue and order enjoining defendant OASIS LEGAL FINANCE LLC, from/to cease and desist from taking funds from my lawsuit settlement until a final disposition on the merits of the above-entitled action.

4. I am proceeding by order to show cause rather than by notice of motion because, I am unemployed and facing a hardship at this point in my life.

5. I have made the following attempts to contact my opponent (s) and inform them that I am seeking a temporary restraining order: by sending F.O.I.A. (Freedom of Freedom of Information Act).

6. Unless this preliminary injunction and temporary restraining order is issued, I will suffer immediate irreparable injury as shown by the following facts: Loss of tenancy.

7. As can be seen from the foregoing, I have no adequate remedy at law and am entitled to a Temporary restraining order and a preliminary injunction.

8. Title 12 U.S.C. Sec.1831n (a)(2)(A) and/or 12 CFR 741.6(b) regarding Generally Accepted Accounting Principles, and General Accepted Auditing Standards concerning the creation of the said funds, **shows that the defendant has been paid, and is in violation of HJR 192, of June 5th 1933.**

11. On March 9, 1933, a bank emergency was declared by President Roosevelt because of the insolvency [bankruptcy] of the UNITED STATES. Executive Order 6073, 6102, 6111, 6260; Senate Report 93-549, pgs. 187 & 594, 1973.

12. 1933 March 9, The new money (paper promissory notes) is issued to the banks in return for Government obligations, bill of exchange, drafts, notes, trade acceptances, and banker's acceptance. The new money will be worth 100 cents on the dollar, because it is backed by the credit of the nation. It will represent a mortgage on all the homes and other property of all the people in the nation, Senate Document No. 43, 73rd Congressional Record, 1st Session.

13. 1933 May 1st, gold was transferred [stolen] from U.S. Citizens to the United States by Executive Order 6102.

14. 1933 May 23, Congressman, Louis T. McFadden brought formal charges (Congressional Record May 23rd, 1933 page 4055-4058) against the Board of Governors of the Federal Reserve Bank system, The Comptroller of Currency and the Secretary of United States Treasury for numerous criminal acts, including but not limited to, conspiracy, fraud, unlawful conversion and treason. The petition for Articles of Impeachment was thereafter referred to the Judiciary Committee and has yet to be acted on.

15. 1933 June 5th, to mitigate McFadden's charges (and prevent being hung for treason), Congress passed House Joint Resolution 192 to provide U.S. Citizens the right to set

off all debt obligations as the consideration (something bargained for i.e., an exchange) for the transfer of all the gold and property. It is against Public Policy [applies only to Congress] to pay a debt. Chap. 48, 48 stat.112 in the United States Statutes at Large is Public Law [applies to everyone else].

16. 1950 congress declared bankruptcy and reorganization. Secretary of Treasury appointed receive in the bankruptcy. Reorganization Plan, No. 26, 5 U.S.C.A. 903; Public Law 94-564; Legislative History, Pg. 5967.

17. 1973 Since March 9th, 1933, the United States has been in a state of declared national emergency (bankruptcy) Senate Resolution 9, 93rd. Congress, 1st. Session. The President signs [renews] this every year.

18. 1977 Oct. 28th, the United States as a Corporator and State declared insolvency. State banks and most other banks were put under control of the Governor (Secretary of the U.S. Treasury) of the "Fund" (I.M.F.) 26 IRC 165 (g)(1); UCC 1-201(23), C.R.S. 39-22-103.5, Westfall vs. Braley, 10 Ohio 188, 75 Am. Dec. 509, Adams vs, Richardson, 337 S.W. 2d. 911; Ward vs. Smith, 7 Wall 447.

19. 1993 March 17th, United States Congressional Record, Vol. 33, page H-1303. Speaker-Rep. James Traficant, Jr. (Ohio) addressing the House: Me. Speaker, we are here now in chapter 11 Members of Congress are official trustees presiding over the greatest reorganization of any Bankrupt entity in the world history, the U.S. Government.

20. United States Code Title 31 section 3123, states that the US Government has an obligation to pay dollar for dollar principal and interest in legal tender ALL debts accrued by the American people.

**Federal Question: Does this alleged debt violates HJR 192 Of June 5, 1933 and the Bankruptcy of the UNITED STATES ?**

**Since all contracts since Roosevelt's time have the colorable consideration of Federal Reserve Notes, instead of a genuine**

**consideration of silver and gold coin, all contracts are colorable contracts, and not genuine contracts. [According to Black's Law Dictionary (1990), colorable means "That which is in appearance only, and not in reality, what it purports to be, hence counterfeit, feigned, having the appearance of truth."]**

## RELIEF

WHEREFORE, PLAINTIFF respectfully ask that the court grant the following relief:

(a)   Grant an Emergency Temporary Restraining Order and/or Preliminary Injunction to prevent the Defendant from falsely collecting on a debt that they have sold.

(b)   COMPEL Production of all alleged documents held by defendants authorizing them to collect on the said alleged debt, or in the absence of the existence of such proof and showing be permanently preclude from making such claims again.

(c)   COMPEL proof of any wet ink contract, lien or any other instrument that proves any claims by alleged holders in due course.

(d)   COMPEL validation of the existence of the alleged Debt and the provision of the remedy available to Plaintiff's common law.

(e)   COMPEL verification of the loan number and the use of the correct loan number in any proceeding henceforth.

And it is further ORDERED that a copy of this order, together with the papers upon which it is granted, be personally served upon the defendant (s) or his (their) attorney on or before _____, 2022 by _____ and that such service be deemed good and sufficient.

By: _Raymattie Jagarnauth_
    Raymattie Jagarnauth


                          JURAT

New York State a Republic)
                         ) ss.
Queens County            )

 On the 21 day of November , 2022, Raymattie Jagarnauth,
personally appeared before me and proved to me on the basis of
satisfactory evidence to be the person whose name is subscribed
hereto and acknowledged to me that he executed the same under
asseveration, and accepts the facts thereof.  Subscribed and
affirmed before me this day.  Witness my hand and seal this 21
day of November , 2022.


_Manjinder Singh_
Notary Signature


My Commission expires on the 21 day of November , 2022 .


                MANJINDER SINGH
        NOTARY PUBLIC-STATE OF NEW YORK
                No. 01SI6327397
            Qualified in Queens County
          My Commission Expires 07-06-2023


                            9